Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

APR 18 2023

Nathan Ochsner Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL NO. B-23-289 |
| ARMANDO DEL TORO | § | |

Partially unSEALED 4-20-23

### INDICTMENT

THE GRAND JURY CHARGES:

#### COUNT ONE

From on or about January 31, 2023, to on or about the date of this Indictment, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

did knowingly conspire, confederate, and agree with persons known and unknown to the Grand Jurors to ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: a Sig Sauer, Model P365, .380 caliber, pistol, serial number 66B712308, to another person, in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony.

In violation of Title 18, United States Code, Section 933(a)(3).

#### COUNT TWO

On or about January 31, 2023, within the Southern District of Texas and within the jurisdiction of the Court, Defendant,

did willfully and knowingly export and send merchandise, to wit: a Sig Sauer, Model P365, .380 caliber, pistol, serial number 66B712308, from the United States, contrary to the laws and regulations of the United States, to wit: Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Sections 774 and 736.2(b)(1).

In violation of Title 18, United States Code, Section 554 and Title 18, United States Code, Section 2.

## COUNT THREE

On or about January 31, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ARMANDO DEL TORO,**

in connection with the acquisition of a firearm, namely a Sig Sauer, Model P365, .380 caliber, pistol, serial number 66B712308, from Academy Sports & Outdoors, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement intended and likely to deceive Academy Sports & Outdoors, as to a fact material to the lawfulness of the acquisition of the firearm by Defendant under Chapter 44 of Title 18, in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, in which he falsely represented that he was the actual buyer of the firearm indicated on the Form 4473, when in fact, as Defendant then knew, he was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR

From at least in or around July 2022 to on or about the date of this Indictment, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ARMANDO DEL TORO,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
EDGARDO J. RODRIGUEZ
ASSISTANT UNITED STATES ATTORNEY